**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 27 EAL 2023

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

RUDOLPH CHURCHILL,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 28 EAL 2023

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

RUDOLPH CHURCHILL,

Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.